UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE ISRAEL MACHUCA DEL CID,

               Petitioner,

    v.

MARKWAYNE MULLIN et al.,

               Respondents.

Case No. C26-1271-SKV

ORDER

To aid resolution of this matter, Respondents shall produce the following documents referenced in the record by **May 5, 2026**:

- Petitioner's most recent Order of Supervised Release ("OSUP");

- The "notification letter" setting out the reasons for revocation of Petitioner's OSUP, referenced at Dkt. 14-6 at 2; and

- The Mexico travel document obtained for Petitioner, referenced at Dkt. 8-1.

Petitioner may submit an optional response to documents produced by **May 6, 2026**. The Return is hereby RENOTED for **May 7, 2026**.

Dated this 1st day of May, 2026.

                              _____

                              S. KATE VAUGHAN
                              United States Magistrate Judge

ORDER - 1